03/25/2021 19:43 3729919534 THE UPS STORE 2804 PAGE 08/09

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Timothy Thompson | CompuCom Systems, Inc. | | 90550 | 01/03/2021 | 01/16/2021 | 01/22/2021 | |

CompuCom Systems, Inc. 8106 Calvin Hall Rd Fort Mill, SC 29707 +1 803-228-7400

| | Gross Pay | Earnings or Deductions | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,040.05 | 0.00 | 120.82 | 209.77 | 709.46 |
| YTD | 2,618.21 | 0.00 | 349.37 | 446.44 | 1,822.40 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Availability Pay | | | | | 24.00 |
| Availability Pay - Weeke| | | | | | 20.00 |
| Floating Holiday | 01/03/2021-01/16/2021 | 8 | 15.25 | 122.00 | 122.00 |
| Holiday | 01/03/2021-01/16/2021 | 0 | 15.25 | 0.00 | 122.00 |
| Holiday Hours Worked | | | | | 183.00 |
| Regular Earnings | 01/03/2021-01/16/2021 | 52.2 | 15.25 | 796.05 | 1,835.34 |
| Overtime | 01/03/2021-01/16/2021 | 0 | 15.25 | 0.00 | 126.58 |
| Overtime Premium | | | | | 63.29 |
| PTO - Paid Time Off | 01/03/2021-01/16/2021 | 8 | 15.25 | 122.00 | 122.00 |
| Earnings | | | | 1,040.05 | 2,618.21 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 56.84 | 147.04 |
| Medicare | 13.29 | 34.39 |
| Federal Withholding | 50.69 | 167.94 |
| Employee Taxes | 120.82 | 349.37 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K (Pre-Tax) | 31.21 | 78.56 |
| 401K - Roth (After-Tax) | 20.81 | 52.38 |
| Accident (After-Tax) | 3.67 | 7.34 |
| Critical Illness (After-Tax) | 12.12 | 24.24 |
| Dental Plan (Pre-Tax) | 16.65 | 33.30 |
| Details Not Displayed | 125.31 | 250.62 |
| Deductions | 209.77 | 446.44 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401K-ER | 15.60 | 39.27 |
| Employer Paid Benefits | 15.60 | 39.27 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 916.77 | 2,371.65 |
| Medicare - Taxable Wages | 916.77 | 2,371.65 |
| Federal Withholding - Taxable Wages | 865.56 | 2,293.09 |

### Federal / State

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 2 | 0 |
| Additional Withholding | 10 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| 1-US PTO Plan | 0 | 8 | -8 |
| US Floating Holiday | 0 | 8 | 16 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Bank1 | Bank1 *****1965 | *****1965 | | 709.46 | USD |

**CompuCom Systems, Inc.**  8106 Calvin Hall Rd  Fort Mill, SC 29707  +1 803-228-7400

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Timothy Thompson | CompuCom Systems, Inc. | 90550 | 12/20/2020 | 01/02/2021 | 01/08/2021 | |

| | Gross Pay | Earnings or Deductions | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,578.16 | 0.00 | 228.55 | 236.67 | 1,112.94 |
| YTD | 1,578.16 | 0.00 | 228.55 | 236.67 | 1,112.94 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Availability Pay | 12/20/2020-01/02/2021 | 2 | 12 | 24.00 | 24.00 |
| Availability Pay – Weeke | 12/20/2020-01/02/2021 | 1 | 20 | 20.00 | 20.00 |
| Holiday | 12/20/2020-01/02/2021 | 8 | 15.25 | 122.00 | 122.00 |
| Holiday Hours Worked | 12/20/2020-01/02/2021 | 8 | 22.875 | 183.00 | 183.00 |
| Regular Earnings | 12/20/2020-01/02/2021 | 68.15 | 15.25 | 1,039.29 | 1,039.29 |
| Overtime | 12/20/2020-01/02/2021 | 8.3 | 15.25 | 126.58 | 126.58 |
| Overtime Premium | 12/27/2020-01/02/2021 | 8.3 | 7.625 | 63.29 | 63.29 |
| Earnings | | | | 1,578.16 | 1,578.16 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 90.20 | 90.20 |
| Medicare | 21.10 | 21.10 |
| Federal Withholding | 117.25 | 117.25 |
| Employee Taxes | 228.55 | 228.55 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K (Pre-Tax) | 47.35 | 47.35 |
| 401K – Roth (After-Tax) | 31.57 | 31.57 |
| Accident (After-Tax) | 3.67 | 3.67 |
| Critical Illness (After-Tax) | 12.12 | 12.12 |
| Dental Plan (Pre-Tax) | 16.65 | 16.65 |
| Details Not Displayed | 125.31 | 125.31 |
| Deductions | 236.67 | 236.67 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401K-ER | 23.67 | 23.67 |
| Employer Paid Benefits | 23.67 | 23.67 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI – Taxable Wages | 1,454.88 | 1,454.88 |
| Medicare – Taxable Wages | 1,454.88 | 1,454.88 |
| Federal Withholding – Taxable Wages | 1,407.53 | 1,407.53 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 2 | 0 |
| Additional Withholding | 10 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| 1-US PTO Plan | 0 | 0 | 0 |
| US Floating Holiday | 24 | 0 | 24 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount |
|---|---|---|---|---|
| Bank1 | Bank1 ******1965 | ******1965 | | 1,112.94 USD |

CompuCom Systems, Inc. 8106 Calvin Hall Rd Fort Mill, SC 29707 +1 803-228-7400

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Timothy Thompson | CompuCom Systems, Inc. | 90550 | 12/06/2020 | 12/19/2020 | 12/24/2020 | |

| | Gross Pay | Earnings or Deductions | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,599.95 | 0.00 | 246.04 | 184.11 | 1,169.80 |
| YTD | 33,771.19 | 766.63 | 4,809.98 | 4,395.66 | 25,332.18 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Availability Pay | 12/06/2020-12/19/2020 | 2 | 12 | 24.00 | 492.00 |
| Availability Pay - Weekend | 12/06/2020-12/19/2020 | 2 | 20 | 40.00 | 340.00 |
| Bereavement | 12/06/2020-12/19/2020 | 24 | 15.25 | 366.00 | 366.00 |
| Floating Holiday | | | | | 366.00 |
| Holiday | 12/06/2020-12/19/2020 | 0 | 15.25 | 0.00 | 732.00 |
| Holiday Hours Worked | | | | | 217.32 |
| Regular Earnings | 12/06/2020-12/19/2020 | 74.167 | 15.25 | 1,131.05 | 27,089.18 |
| Overtime | 12/06/2020-12/19/2020 | 1.7 | 15.25 | 25.93 | 1,111.77 |
| Overtime Premium | 12/13/2020-12/19/2020 | 1.7 | 7.625 | 12.97 | 555.92 |
| PTO - Paid Time Off | | | | | 2,501.00 |
| Earnings | | | | 1,599.95 | 33,771.19 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 94.88 | 1,981.55 |
| Medicare | 22.19 | 463.43 |
| Federal Withholding | 128.97 | 2,365.00 |
| Employee Taxes | 246.04 | 4,809.98 |

### Earnings or Deductions

| Description | Amount | YTD |
|---|---|---|
| Expense Reimbursement | | 766.63 |
| Earnings or Deductions | 0.00 | 766.63 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K (Pre-Tax) | 48.00 | 1,013.26 |
| 401K - Roth (After-Tax) | 32.00 | 675.54 |
| Accident (After-Tax) | 3.67 | 95.42 |
| Critical Illness (After-Tax) | 12.12 | 315.12 |
| Dental Plan (Pre-Tax) | 16.65 | 432.90 |
| Details Not Displayed | 71.67 | 1,863.42 |
| Deductions | 184.11 | 4,395.66 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401K-ER | 24.00 | 506.59 |
| High Ded Health Plan HSA - Employer | 144.22 | 499.98 |
| Employer Paid Benefits | 168.22 | 1,006.57 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,530.31 | 31,960.55 |
| Medicare - Taxable Wages | 1,530.31 | 31,960.55 |
| Federal Withholding - Taxable Wages | 1,482.31 | 30,947.29 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 2 | 0 |
| Additional Withholding | 10 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| 1-US PTO Plan | 0 | 0 | 36.9992 |
| US Floating Holiday | 0 | 0 | 24 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount |
|---|---|---|---|---|
| Bank1 | Bank1 ******1965 | ******1965 | | 1,169.80 USD |

CompuCom Systems, Inc. 6106 Calvin Hall Rd Fort Mill, SC 29707 +1 803-228-7400

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Timothy Thompson | CompuCom Systems, Inc. | 90550 | 11/22/2020 | 12/05/2020 | 12/11/2020 | |

| | Gross Pay | Earnings or Deductions | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,195.35 | 0.00 | 162.06 | 163.89 | 869.40 |
| YTD | 32,171.24 | 766.63 | 4,563.94 | 4,211.55 | 24,162.38 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Availability Pay | | | | | 468.00 |
| Availability Pay - Weeker | | | | | 300.00 |
| Floating Holiday | | | | | 366.00 |
| Holiday | 11/22/2020-12/05/2020 | 8 | 15.25 | 122.00 | 732.00 |
| Holiday Hours Worked | | | | | 217.32 |
| Regular Earnings | 11/22/2020-12/05/2020 | 70.383 | 15.25 | 1,073.35 | 25,958.13 |
| Overtime | 11/22/2020-12/05/2020 | 0 | 15.25 | 0.00 | 1,085.84 |
| Overtime Premium | | | | | 542.95 |
| PTO - Paid Time Off | | | | | 2,501.00 |
| Earnings | | | | 1,195.35 | 32,171.24 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 69.79 | 1,886.67 |
| Medicare | 16.32 | 441.24 |
| Federal Withholding | 75.95 | 2,236.03 |
| Employee Taxes | 162.06 | 4,563.94 |

### Earnings or Deductions

| Description | Amount | YTD |
|---|---|---|
| Expense Reimbursement | | 766.63 |
| Earnings or Deductions | 0.00 | 766.63 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K (Pre-Tax) | 35.87 | 965.26 |
| 401K - Roth (After-Tax) | 23.91 | 643.54 |
| Accident (After-Tax) | 3.67 | 91.75 |
| Critical Illness (After-Tax) | 12.12 | 303.00 |
| Dental Plan (Pre-Tax) | 16.65 | 416.25 |
| Details Not Displayed | 71.67 | 1,791.75 |
| Deductions | 163.89 | 4,211.55 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401K-ER | 17.93 | 482.59 |
| High Ded Health Plan HSA - Employer | | 355.76 |
| Employer Paid Benefits | 17.93 | 838.35 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,125.71 | 30,430.24 |
| Medicare - Taxable Wages | 1,125.71 | 30,430.24 |
| Federal Withholding - Taxable Wages | 1,089.84 | 29,464.98 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 2 | 0 |
| Additional Withholding | 10 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| 1-US PTO Plan | 13.3333 | 0 | 38.9992 |
| US Floating Holiday | 0 | 0 | 24 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount |
|---|---|---|---|---|
| Bank1 | Bank1 ******1965 | ******1965 | | 869.40 USD |

CompuCom Systems, Inc.   8106 Calvin Hall Rd   Fort Mill, SC 29707   +1 803-228-7400

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Timothy Thompson | CompuCom Systems, Inc. | 90550 | 11/08/2020 | 11/21/2020 | 11/27/2020 | |

| | Gross Pay | Earnings or Deductions | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,107.92 | 0.00 | 145.21 | 159.51 | 803.20 |
| YTD | 30,975.89 | 766.63 | 4,401.88 | 4,047.66 | 23,292.90 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Availability Pay | | | | | 468.00 |
| Availability Pay - Weekel | | | | | 300.00 |
| Floating Holiday | | | | | 366.00 |
| Holiday | 11/08/2020-11/21/2020 | 0 | 15.25 | 0.00 | 610.00 |
| Holiday Hours Worked | | | | | 217.32 |
| Regular Earnings | 11/08/2020-11/21/2020 | 64.65 | 15.25 | 985.92 | 24,884.78 |
| Overtime | 11/08/2020-11/21/2020 | 0 | 15.25 | 0.00 | 1,065.84 |
| Overtime Premium | | | | | 542.95 |
| PTO - Paid Time Off | 11/08/2020-11/21/2020 | 8 | 15.25 | 122.00 | 2,501.00 |
| **Earnings** | | | | **1,107.92** | **30,975.89** |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 64.37 | 1,816.88 |
| Medicare | 15.06 | 424.92 |
| Federal Withholding | 65.78 | 2,160.08 |
| **Employee Taxes** | **145.21** | **4,401.88** |

### Earnings or Deductions

| Description | Amount | YTD |
|---|---|---|
| Expense Reimbursement | | 766.63 |
| **Earnings or Deductions** | **0.00** | **766.63** |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K (Pre-Tax) | 33.24 | 929.39 |
| 401K - Roth (After-Tax) | 22.16 | 619.63 |
| Accident (After-Tax) | 3.67 | 88.08 |
| Critical illness (After-Tax) | 12.12 | 290.88 |
| Dental Plan (Pre-Tax) | 16.65 | 399.60 |
| Details Not Displayed | 71.67 | 1,720.08 |
| **Deductions** | **159.51** | **4,047.66** |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401K-ER | 16.62 | 464.66 |
| High Ded Health Plan HSA - Employer | | 355.76 |
| **Employer Paid Benefits** | **16.62** | **820.42** |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,038.28 | 29,304.53 |
| Medicare - Taxable Wages | 1,038.28 | 29,304.53 |
| Federal Withholding - Taxable Wages | 1,005.04 | 28,375.14 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 2 | 0 |
| Additional Withholding | 10 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| 1-US PTO Plan | 0 | 8 | 25.6659 |
| US Floating Holiday | 0 | 0 | 24 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Bank1 | Bank1 ******1965 | ******1965 | | 803.20 | USD |